ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 28 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>STATE OF GEORGIA,<br>*ex rel.* ELIZABETH E. ELLIOTT,<br><br>    Plaintiffs,<br><br>v.<br><br>EMORY UNIVERISTY,<br>ROBERT W. WOODRUFF HEALTH SCIENCES<br>CENTER, EMORY HEALTHCARE, INC.,<br>EMORY UNIVERSITY SCHOOL OF<br>MEDICINE, GRADY MEMORIAL HOSPITAL,<br>INC., and THE EMORY CLINIC, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:09-CV-3569-AT<br><br>FILED UNDER SEAL |

## NOTICE OF SETTLEMENT

1. The United States hereby notifies the Court that the parties have executed a settlement agreement.

2. Under the terms and conditions of the settlement agreement, the United States intends to file a Stipulation of Dismissal with prejudice as to all claims covered by the settlement agreement and without prejudice as to all remaining claims, following the payment of the settlement amount.

3. Under the terms and conditions of the settlement agreement,

- 1 -

Relator intends to file a Stipulation of Dismissal with prejudice as to all claims, following the payment of the settlement amounts to be made to Relator and her counsel.

This 28th day of August, 2013.

Respectfully submitted,

SALLY QUILLIAN YATES
United States Attorney
Northern District of Georgia

DARCY F. COTY
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 259280
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6403
Facsimile: (404) 581-4667
darcy.coty@usdoj.gov

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by mailing true copies thereof by first class mail, with adequate postage affixed thereto, addressed to:

Elizabeth White
Georgia Medicaid Fraud Control Unit
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA 30334

James (Jay) Sadd, Esq.
Slappey & Sadd, LLC
352 Sandy Springs Circle
Atlanta, GA 30328

Kurt S. Schulske, Esq.
1025 Rose Creek Dr., Suite 620
Woodstock, GA 30189

Mike Bothwell
Julie Bracker
Bothwell Bracker, P.C.
304 Macy Drive
Roswell, GA 30075

This 28th day of August, 2013.

DARCY F. COTY
ASSISTANT U.S. ATTORNEY